

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 7, 2008



RECEIVED
MAR - 7 2008
CHAMBERS OF
RICHARD J. HOLWELL

**VIA FACSIMILE**

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   United States v. Coleson et al.,
               07 Cr. 789 (RJH)

Dear Judge Holwell:

      Your Deputy informed me today that the status conference for the above-captioned matter, originally scheduled for today at noon, had been rescheduled to March 14, 2008, at noon.

      The Government respectfully requests that the Court exclude time from today until March 14, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by the continuance outweigh the interest of the public and the defendants in a speedy trial because the continuance will allow the defendants additional

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

The Honorable Richard J. Holwell
March 7, 2008
Page 2

time to review the discovery materials that the Government produced and for the parties to continue discussions about a possible disposition of the case.

*This is rescheduled under the STA from today to Mar 14, 2008 for the above stated reasons and in the interest of justice*

*SO ORDERED*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Chi T. Steve Kwok*
Chi T. Steve Kwok
Assistant United States Attorney
Tel: (212) 637-2415

cc: All counsel (by fax)

*[signature]*
USDJ
3/9/08