**U.S. Department of Justice**

United States Attorney
Southern District of New York



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

May 8, 2008

**VIA FACSIMILE**

The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



RECEIVED
MAY 8 2008
CHAMBERS OF
RICHARD J. HOLWELL

    Re:    United States v. Coleson et al.,
            07 Cr. 789 (RJH)

Dear Judge Holwell:

    Your Deputy informed me today that the status conference for the above-captioned matter, originally scheduled for May 16, 2008, at noon, had been rescheduled to May 21, 2008, at noon. I have spoken with or left messages with defense counsel for each of the defendants informing them of the new date and time.

    The Government respectfully requests that the Court exclude time from today until May 21, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by the continuance outweigh the interest of the public and the defendants in a speedy trial because the continuance will enable the parties to continue their discussions about a possible disposition of the case.

*[Handwritten: Application Granted. Time is excluded under the STA in the interests of justice for the reasons stated above.
SO ORDERED
[signature]
USDJ
5/12/08]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Chi T. Steve Kwok
Assistant United States Attorney
Tel: (212) 637-2415

cc:    All counsel (by fax)

TOTAL P.02