**RICHARD B. LIND**

ATTORNEY AT LAW
745 FIFTH AVENUE
SUITE 902
NEW YORK, N.Y. 10151

TELEPHONE (212) 888-7725
FACSIMILE (212) 371-2961
E-MAIL: RLINDESQ@AOL.COM



RECEIVED
AUG 28 2008
CHAMBERS OF
RICHARD J. HOLWELL

August 29, 2008

**By Fax and Regular Mail**

Hon. Richard J. Holwell
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

Re:  United States v. Dajuan Henderson
     07 Cr. 789 (RJH)

Dear Judge Holwell:

I am the CJA attorney for defendant Henderson in the above-referenced case. He is scheduled to be sentenced on September 12, 2008. I am writing to request a two-week extension, to September 26, 2008, in order to permit more time to respond to the pre-sentence investigation report. I have tried to reach Steve Kwok, Esq., the prosecutor in charge of this case, to obtain his consent but he is on vacation this week.

Thank you for the Court's consideration of this request.

Sentencing adjourned to
10/2/08
at 12:30

Respectfully submitted,

Richard B. Lind

cc: Steve Kwok, Esq. (by fax)

SO ORDERED

USDJ
9/3/08